SAMUEL W. PEAK v. C. HOWALD, *et al., as the Board of Commissioners of Pratt County.*

*Original Proceedings in Mandamus.*

OCTOBER 3, 1882, on the petition of *Peak*, an alternative writ of mandamus was issued out of this court and directed to *C. Howald, W. F. Havard* and *E. N. Watson,* as the board of commissioners of Pratt county, to compel the defendants, as such board, to fund a certain warrant of that county, under § 4, ch. 73, Laws of 1881, or to show cause, etc. The defendants filed a motion to quash the writ, because it did not state facts sufficient to entitle the plaintiff to any relief, and because said statute is in conflict with the constitution of Kansas.

*Robert Anderson,* for plaintiff.

*A. B. Jetmore,* for defendants.

*Per Curiam:* This proceeding has been irregular from its origin, and irregular in almost every respect; and the plaintiff having failed to prosecute the proceeding by filing a brief, or otherwise, the proceeding will be dismissed at the plaintiff's costs.